# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Edward Rodriguez

                                          CASE NO.  C09-03778 HRL

              Plaintiff(s),

        v.                                STIPULATION AND [PROPOSED]
Financial Recovery Services, Inc.         ORDER SELECTING ADR PROCESS

              Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
          Non-binding Arbitration (ADR L.R. 4)
          Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    ✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
          Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
    ✓     the presumptive deadline *(The deadline is 90 days from the date of the order
          referring the case to an ADR process unless otherwise ordered. )*

          other requested deadline _____

Dated: 11/17/09                           /s/ Nicholas J. Bontrager
                                          Attorney for Plaintiff

Dated: 11/17/09                           /s/ W. Jason Scott
                                          Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
   **X** Mediation
      Private ADR

Deadline for ADR session
   **X** 90 days from the date of this order.
      other

IT IS SO ORDERED.

Dated: November 19, 2009

_____
UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD