1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff,
   EDWARD RODRIGUEZ

## UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
## SAN JOSE DIVISION

| | |
|---|---|
| EDWARD RODRIGUEZ, | ) Case No.: C09 03778 HRL |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT** |
| v. | ) |
| FINANCIAL RECOVERY SERVICES, INC., | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, EDWARD RODRIGUEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

- 1 -

1 | Respectfully Submitted,

2 | DATED: February 1, 2010     KROHN & MOSS, LTD.

3

4 | By: /s/ Nicholas Bontrager             _

5 | Nicholas Bontrager
    Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Notice of Settlement