*E-FILED 04-21-2010*

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
## SAN JOSE DIVISION

| | |
|---|---|
| EDWARD RODRIGUEZ,<br><br>      Plaintiff,<br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br><br>      Defendant. | Case No.: C0903778 HRL<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  April 21, 2010

_____
The Honorable Judge
Howard R. Lloyd
United States District Judge
Magistrate